CASE CLOSED

# United States District Court
# Central District of California

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation, | Case № 2:17-cv-02353-ODW(KS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MANJEET INTERNATIONAL, INC., a New York corporation; UNION APPAREL GROUP, LTD., a New York corporation; and DOES 1–10, inclusive, | |
| Defendants. | |

On March 27, 2017, Plaintiff filed this action against Defendants Manjeet International, Inc. ("Manjeet") and Union Apparel Group, Ltd. ("Union"). (ECF No. 1.) Manjeet did not appear, and the Clerk entered default against it. (ECF No. 15.) The Court subsequently dismissed Union from the case. (ECF No. 36.) Plaintiff thereafter moved for default judgment against Manjeet. (ECF No. 33.) On April 16, 2018, the Court granted in part and denied in part Plaintiff's Motion for default judgment. (ECF No. 42.)

/ / /

/ / /

/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      Plaintiff Fabric Selection shall recover $750.00 from Defendant Manjeet International, Inc., as statutory damages pursuant to 17 U.S.C. § 504(c)(1).

2.      Plaintiff Fabric Selection shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

April 16, 2018

_____
              **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**